2/15/11

Judge M.m

Are we allowed to unstaple the Exhibits?

Are we allowed to mark on them / highlight on them in any way?

If not can we get a copy of the org charts that were highlighted with names?

Thanks. The Jury

Would be simpler veiwing side by side before June 04 and after layoff