TO: The Jury

FROM: Judge Mihm

It is now 5:00 p.m. Would you like to keep going or instead go home and start again tomorrow morning at 9 a.m. Please respond in writing. Thank you.

We would like to leave at 5pm and start again at 5pm Wednesday.

Juror Signature